■ In the Matter of MICHAEL L. MONTGOMERY, an Attorney, Resignor. [779 NYS2d 396]—Resignation accepted and name stricken from roll of attorneys. Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ In the Matter of RICHARD J. HOGAN, JR., an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [779 NYS2d 396]—Order of suspension entered pursuant to Judiciary Law § 90 (2-a) (b) and (d). Present— Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Hayes, JJ.

■ In the Matter of THOMAS J. PRZYBYLA, for Reinstatement to the Practice of Law. [779 NYS2d 396]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Hayes, JJ.

■ In the Matter of ELIZABETH A. FRANK, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [779 NYS2d 397]—Order of disbarment entered. Memorandum: Respondent's unexcused failure to appear or answer the petition constitutes a default (*see Matter of Gaesser*, 6 AD3d 1246 [2004]). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ In the Matter of SALVATORE J. PIEMONTE, for Reinstatement to the Practice of Law. [779 NYS2d 397]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN BATTLE, Appellant. [779 NYS2d 395]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wyoming County Court, Michael F. Griffith, J.—Attempted Promoting Prison Contraband, 1st Degree). Present—Green, J.P., Hurlbutt, Kehoe, Martoche and Hayes, JJ.